AO 91 (Rev. 11/11) Criminal Complaint

EC

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Devin Bailey<br>1575 ½ Blacklick – Eastern Road NE<br>Millersport, Ohio 43046<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )  Case No. 2:23-mj-111 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __9/22/05 - 6/27/22__ in the county of __Fairfield County__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251 | Sexual Exploitation of a Minor |
| 18 U.S.C. §§ 2252, 2252A | Distribution, Receipt, and Possession of Child Pornography |

This criminal complaint is based on these facts:
See attached affidavit incorporated herein by reference

☑ Continued on the attached sheet.

*Complainant's signature*

FBI Special Agent Josh Saltar
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/22/2023

Chelsey M. Vascura
United States Magistrate Judge
*Judge's signature*

City and state: Columbus, Ohio

Chelsey M. Vascura, US Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**In the matter of:**

**United States of America**     :     Case No.: 2:23-mj-111
            v.     :
**Devin Bailey**     :
**1575 ½ Blacklick – Eastern Road NE**     :     **Magistrate Judge Vascura**
**Millersport, Ohio 43046**     :

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Josh Saltar (Your Affiant), a Special Agent (SA) with the Federal Bureau of Investigation (FBI), being first duly sworn, hereby depose and state as follows:

1. I, Special Agent Josh Saltar (your affiant), make this affidavit in support of a criminal complaint to arrest for violations of 18 U.S.C. §§ 2251, 2252 and 2252A - the sexual exploitation of a minor and the distribution, receipt, and possession of child pornography. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, your affiant did not include each and every fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable cause. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that Devin Bailey (BAILEY) committed the violations listed above.

2. I am a Special Agent (SA) with the Federal Bureau of Investigations (FBI) and have been since October 2014. I am currently assigned to the Child Exploitation and Human Trafficking Task Force, Cincinnati Division, Columbus Resident Agency. I am primarily responsible for investigating internet crimes against children, including child pornography offenses and the online exploitation of children. During my career as a SA, I have participated in various investigations involving computer-related offenses and have executed numerous search warrants, including those involving searches and seizures of computers, digital media, software, and electronically stored information. I have worked with multiple international law enforcement agencies around the world, focusing on cyber-terrorism and terrorist financing through computer intrusions. I have also assisted on various cases and violations, ranging from violent crimes against children and white collar to healthcare fraud, counterintelligence, and counterterrorism. As part of my duties as a Special Agent, I investigate criminal violations relating to child exploitation and child pornography violations, including the illegal production, distribution, transmission, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252, and 2252A. I have reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Prior to joining the FBI, I spent four years working as a civilian Intelligence Specialist for the U.S. Air Force at the National Air and Space Intelligence Center located at the Wright-Patterson Air Force Base, under both the cyber and counterspace squadrons, performing classified intel and reverse engineering duties. During my employment, I have received numerous forensic trainings with the both the Department of Defense and Department of Justice, as well as from private sector security conferences. I have received multiple certifications in Windows, mobile, and memory forensics,

as well as incident response and penetration testing, and am certified by the Department of Justice as a Digital Extraction Technician. I received my B.A. from Anderson University in computer science, with a focus on programming, artificial intelligence, and machine learning. As a SA with the FBI, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

3. On June 6, 2022, the Lancaster Police Department (LPD) in Lancaster, Ohio contacted the FBI Cincinnati – Columbus Resident Agency regarding a complaint made to them by JANE DOE. In summary, JANE DOE had reported to LPD that she had received child pornography on her phone from an unknown male. JANE DOE further indicated that one of the girls depicted in pornography she received was her daughter, Minor Victim One (MV1). JANE DOE further indicated that in the images, MV1 was approximately 12 years old.

4. After receiving this information from LPD, your affiant interviewed JANE DOE. Your affiant learned that approximately five years ago, JANE DOE visited a family member's residence for dinner. While she was there, JANE DOE met her cousin, Devin BAILEY, for the first time. After leaving the residence, JANE DOE began receiving messages from BAILEY via Facebook during which, BAILEY would ask JANE DOE for sexually explicit pictures of herself. JANE DOE then blocked BAILEY on Facebook and told her family members about BAILEY contacting her. Once that occurred, the messages stopped.

5. JANE DOE went on to say that approximately two weeks ago, out of nowhere, she began receiving messages from a number of unknown individuals on Snapchat. These individuals then proceeded to send JANE DOE sexually explicit pictures of herself. JANE DOE informed your affiant that she recognized the photos of herself and explained that they had been taken approximately five years ago and sent via Snapchat to individuals JANE DOE had then been voluntarily communicating with and/or dating. The various, recent unknown Snapchat users threatened JANE DOE, telling her that the pornographic images of herself would be sent to JANE DOE's grandma and her cousin, who was specifically named as "Devin BAILEY".

6. In further conversation with JANE DOE, JANE DOE informed your affiant that approximately one week ago, she began receiving text messages from unknown phone numbers with the same explicit images of herself and the same threatening messages. The messages from the unknown numbers indicated that those explicit photos would be sent to her "cousin Devin BAILEY." JANE DOE further stated that, at one point, immediately after receiving images and threats from an unknown number, BAILEY reached out to her via text message indicating that he had also received photos of her from an unknown number, further asking JANE DOE "…is it bad if I liked it?" At another point, when JANE DOE stopped responding to any incoming messages, she received additional text messages from the various unknown numbers, specifically asking if she "blocked her cousin, Devin BAILEY."

7. Your affiant learned that on or around June 3, 2022, BAILEY texted JANE DOE stating, in summary, that he was home alone for the weekend and wanted JANE DOE to come over and hang out. When she declined, JANE DOE began to receive images and videos from the same unknown numbers that depicted nude children. JANE DOE recognized one of the children depicted in the images to be her own daughter, 17-year-old MV1, taken when MV1 was younger.

Specifically, those images and videos depicted MV1 in various stages of undress, fully nude, and masturbating. This was the first time JANE DOE had seen these images of MV1.

8. After receiving the media of MV1, JANE DOE stated that she confronted MV1 about the images and videos. MV1 admitted to JANE DOE that she had created the images of herself and sent them to an individual online via Snapchat whom MV1 believed to be a girl in Florida. JANE DOE learned that MV1 had produced these images approximately five years ago when MV1 was approximately 12 years old. JANE DOE informed your affiant that per MV1, "the girl from Florida" had requested images and videos from MV1.

9. JANE DOE further provided your affiant consent to forensically image her cell phone. Once the forensic examination of her cell phone was completed, your affiant reviewed the forensic image and identified five phone numbers of interest:
   a. (740) 402-5172 (herein after NUMBER1)
   b. (740) 738-2879 (herein after NUMBER2)
   c. (614) 892-8838 (herein after NUMBER3)
   d. (740) 340-2662 (herein after NUMBER4)
   e. (614) 505-9154 (herein after NUMBER5)

10. JANE DOE informed your affiant that she believed NUMBER2 was a telephone number for the Devin BAILEY since the person utilizing the phone kept referring to JANE DOE as "cuzz" in the text messages which your affiant and JANE DOE understood to be an abbreviation for "cousin."

11. Numerous text conversations between JANE DOE and all five numbers noted above were recovered with a date range between June 3 and June 7, 2022. The following is a summary of some of those relevant conversations, specifically those occurring on June 3, 2022 with NUMBER2:
    - NUMBER2 to JANE DOE (6:58:40 PM) – Hey
    - NUMBER2 to JANE DOE (7:00:55 PM) – Hello
    - **JANE DOE to NUMBER2 (7:15:19 PM) – Who is this**
    - NUMBER2 to JANE DOE (7:21:08 PM) – Wtf is up with this fucking weird ass person.? First they made an account pretending to be you. Then they pretended to be me and shit and sent your number saying more stupid shit. Find out who tf it is and get it to stop. It's annoying and weird af. Thanks. And it's cool you think it's me too. Like wtf bro. Seriously. I might be gone in my head but I'm not that fucked in the head. And here I thought you were the cool family member. Bro we smoked a couple of times and shit. Yeah I did ask you for too many pictures a while back but I was in a dark ass spot and I wasn't trying to be weird. Like come on. I'm not mad at you or anything but I'm annoyed af for being treated like I'm a fuckin weirdo. Shit I haven't heard from you in a long ass time and this shit happens. Like wtf. It needs to stop please and thank you.
    - NUMBER2 to JANE DOE (7:25:39PM) – That's all I had to say. Now have a good day.
    - NUMBER2 to JANE DOE (8:01:38 PM) – Do you even know who I am.?

12. The messages to JANE DOE continued into June 4, 2022 and the following is an excerpt of some of the messages JANE DOE received from the various numbers of interest:

    - NUMBER1 to JANE DOE (9:35:36 AM) – Hey do u want me to stop messaging u or not

- NUMBER1 to JANE DOE (9:36:55 AM) – Hey
- NUMBER1 to JANE DOE (9:37:50 AM) – Send me pics of u and I will go away forever
- NUMBER1 to JANE DOE (9:46:48 AM) – I will leave u alone ur daughter alone I will leave ur cousin alone I will leave ur whole family alone

*****

- NUMBER3 to JANE DOE (8:59:47 AM) – Hey do u want to see how big ur cousins dick is I got him to send me a picture when I was pretending to be u
- **JANE DOE to NUMBER3 (9:30:27 AM) – Leave me alone! Stop messaging me!**
- NUMBER3 to JANE DOE (9:31:30 AM) – I will if u send me pictures of u if not I have enough money to keep buying phones to text u
- NUMBER3 to JANE DOE (9:32:58 AM) – Can I see some pics of u and I will go away promise
- NUMBER3 to JANE DOE (9:36:42 AM) – Send me pictures of u and I will disappear forever
- NUMBER3 to JANE DOE (9:43:41 AM) – Well I guess this will go on for months maybe years lol all it takes is pics of u and I will be gone
- NUMBER3 to JANE DOE (10:01:56 AM) – If u want me to stop just send pics I am pretending to be a girl just so I can get pics of ur cousin and send them to u since u won't send me pictures

NUMBER3 then distributed to JANE DOE an image depicting an adult male erect penis.

- **JANE DOE to NUMBER3 (10:16:54 AM) – One more message from any of the numbers u are harassing me and my daughter from and I'm going to the fucking cops!**

NUMBER3 then distributed to JANE DOE an image depicting an adult male erect penis.

- NUMBER3 to JANE DOE (10:17:50 AM) – Go ahead they are untraceable numbers and I can get hundreds more lol
- NUMBER3 to JANE DOE (10:18:31 AM) – Ur best bet would have been to send me pictures
- NUMBER3 to JANE DOE (10:20:48 AM) - Ur cousin has a huge dick I kno u want it lol
- NUMBER3 to JANE DOE (10:22:29 AM) – Are u going to send me pictures of u or not that's the only way to get me to stop
- NUMBER3 to JANE DOE (10:35:33 AM) – Let me see ur boobs and a couple masturbating videos and I will be gone I promise
- NUMBER3 to JANE DOE (10:40:05 AM) – Just send me the masturbating videos and I will go away
- NUMBER3 to JANE DOE (10:43:19 AM) – Even a couple full body pics would work lol
- NUMBER3 to JANE DOE (10:47:32 AM) – Would u sit on ur cousins face and gag on his huge dick
- **JANE DOE to NUMBER3 (12:37:55 PM) – STOP**
- NUMBER3 to JANE DOE (12:38:23 PM) – Then send me pictures of u and I will

- NUMBER3 to JANE DOE (12:38:28 PM) – Ok
- **JANE DOE to NUMBER3 (12:38:51 PM) – No**
- NUMBER3 to JANE DOE (12:39:30 PM) – Then I will keep texting you from a different number everyday
- NUMBER3 to JANE DOE (12:40:30 PM) – Do u want me to stop
- **JANE DOE to NUMBER3 (12:40:56 PM) – Leave me alone u creep**
- NUMBER3 to JANE DOE (12:41:20 PM) – Only if u send me pictures of u naked
- NUMBER3 to JANE DOE (12:42:10 PM) – Deal
- **JANE DOE to NUMBER3 (12:42:39 PM) – Never**
- NUMBER3 to JANE DOE (12:43:05 PM) – Then I will never leave u alone or ur kids
- NUMBER3 to JANE DOE (12:43:37 PM) – Or your family in general
- NUMBER3 to JANE DOE (12:44:23 PM) – This will be everyday all day until u send me pictures of u naked

\*\*\*

- NUMBER2 to JANE DOE (10:51:34 AM) – Why are you ignoring me cuzz.?
- NUMBER2 to JANE DOE (10:55:06 AM) – Well I take it that you don't want to be cool.?
- NUMBER2 to JANE DOE (1:17:37 PM) – Are you going to text me back bro.?
- **JANE DOE to NUMBER2 (1:17:57 PM) – Leave me alone**
- NUMBER2 to JANE DOE (1:23:06 PM) – Why you telling me to leave you alone bro.? Wtf. I'm just getting annoyed by randomly getting messages from people and how tf did the person get them pictures.? And why tf did they send them to me.?

\*\*\*

- NUMBER1 to JANE DOE (12:55:26 PM) – Hey
- NUMBER1 to JANE DOE (12:56:06 PM) – R u going to send me pictures of u or not
- **JANE DOE to NUMBER1 (12:56:20 PM) – No**
- NUMBER1 to JANE DOE (12:57:07 PM) = Then I'm going to send these ones to Devin [BAILEY] to see how he acts after that lol
- **JANE DOE to NUMBER1 (12:57:07 PM) – Okay**
- NUMBER1 to JANE DOE (12:57:31 PM) – Do u want me to
- NUMBER1 to JANE DOE (12:58:45 PM) – U want him to see u naked don't u I shouldn't have sent those dick pictures of his

\*\*\*

13. Your affiant would note that NUMBER2, Devin BAILEY, reached out to JANE DOE after she received the image of an adult male penis from NUMBER 3 on June 4, 2022. The following conversation then ensued:
    - NUMBER2 to JANE DOE (1:54:35 PM) - Broooo you seen my dick.? I am so embarrassed now. I'm so sorry you had to see that. man fuck being alive. I get played every time. I hate myself now. I'm sorry. I really am. I didn't know it was that person at

the time. I don't know what to do anymore. I definitely don't want to be alive anymore. Life sucks and I get screwed 24/7. fuck me man.
- NUMBER2 to JANE DOE (2:00:29 PM) – Why didn't you tell me you seen it cuzz.
- NUMBER2 to JANE DOE (2:06:11 PM) - I should probably go die somewhere now. I'm sorry for that person sending you pictures of my little dick cuzzo.
- NUMBER2 to JANE DOE (2:12:16 PM) – Can I tell you something cuzz.
- **JANE DOE to NUMBER2 (2:12:58 PM) – What**
- NUMBER2 to JANE DOE (2:13:41 PM) – I kind of liked the pictures that person sent me I'm sorry cuzz.
- NUMBER2 to JANE DOE (2:15:39 PM) - I deleted them all cuzz but they were nice.just being honest.

14. In further reviewing the messages from NUMBER1 that JANE DOE received on June 5, 2022, your affiant would note that the individual utilizing the phone began discussing MV1 with JANE DOE. The following is an excerpt of that conversation:

    - NUMBER1 to JANE DOE (8:08:08 PM) – I'm about to start blowing up ur daughter [MV1] too
    - NUMBER1 to JANE DOE (8:05:03 PM) – U could have had 1200 bucks and wouldn't have to deal with me anymore
    - NUMBER1 to JANE DOE (8:07:04 PM) – Do u want me to blow up [MV1] like I am
    - NUMBER1 to JANE DOE (8:07:39 PM) – U can still get me to go away
    - NUMBER1 to JANE DOE (8:09:41 PM) – Do u want to see ur daughter masturbating for me ? And do u think the rest of ur family would like to see
    - NUMBER1 to JANE DOE (8:11:54 PM) – Send me pictures of u or I'm sending these videos of [MV1] out
    - NUMBER1 to JANE DOE (8:14:55 PM) – Hey

    NUMBER1 then sent Jane Doe at 8:17:14 PM an image depicting the zoomed in breasts of MV1. This picture was previously identified by JANE DOE as MV1 when MV1 was approximately 12 years old.

    - **JANE DOE to NUMBER1 (8:23:25 PM) – Good to know u have child porn! She was 12 there u sick fuck I'm going to the police**
    - NUMBER1 to JANE DOE (8:24:07 PM) – I can't be traced and they will confiscate ur phone for nothing lol
    - NUMBER1 to JANE DOE (8:24:33 PM) – The police can't do anything
    - NUMBER1 to JANE DOE (8:24:40 PM) – Only u can
    - NUMBER1 to JANE DOE (8:25:52 PM) – It's up to u send me pictures or let me send them pictures and videos out to everyone in the world
    - NUMBER1 to JANE DOE (8:39:26 PM) – Ok then I'm sending these to everyone in ur family

    NUMBER1 then sent JANE DOE three images depicting MV1 fully nude from the side and one image depicting MV1 fully nude from the front. The pictures were previously identified by JANE DOE as MV1 when MV1 was approximately 12 years old.

NUMBER1 then sent JANE DOE an approximately 16 second video and an approximately 10 second video of a zoomed in vagina and a hand rubbing and inserting fingers into the vagina. These videos were previously identified by JANE DOE as depicting MV1 when MV1 DOE was approximately 12 years old.

- NUMBER1 to JANE DOE (8:41:06 PM) – Good luck explaining to ur daughter why I sent them all out.
- NUMBER1 to JANE DOE (8:41:35 PM) – U could have stopped me but now u can't
- NUMBER1 to JANE DOE (8:42:29 PM) – If u don't want them leaked to everyone in the world u will send me pictures of u
- NUMBER1 to JANE DOE (8:45:37 PM) – Send me pictures of u or she is going on the internet for everyone to see
- NUMBER1 to JANE DOE (9:10:48 PM) – I'm send them pictures of ur daughter to Devin [BAILEY] too u have 2 minutes to send pics or I'm hitting send it up to u

\*\*\*

- NUMBER3 to JANE DOE (9:04:46 PM) – Hey r u going to send me pics before I send pics of ur daughter

15. The following conversations continued to June 6, 2022:

    - NUMBER4 to JANE DOE (12:11:06 PM) – Hey
    - **JANE DOE to NUMBER4 (12:11:48 PM) – Who is this**
    - NUMBER4 to JANE DOE (12:12:49 PM) – Did u block Devin [BAILEY]'s number he said he has been texting u and he needs u to text him back
    - NUMBER4 to JANE DOE (12:13:49 PM) – Hey
    - NUMBER4 to JANE DOE (12:16:42 PM) – Did u block him

    \*\*\*

    - NUMBER5 to JANE DOE (12:21:13 PM) – Hey
    - NUMBER5 to JANE DOE (12:28:50 PM) – Hey do u want to see ur daughter naked again lol
    - NUMBER5 to JANE DOE (12:36:45 PM) – Hey send me pics and I will go away lol
    - NUMBER5 to JANE DOE (12:37:14 PM) – If not I'm going to keep buying phones and texting u lol
    - NUMBER5 to JANE DOE (12:38:05 PM) – I will leave u alone and ur daughter and Devin [BAILEY]

    NUMBER5 then sent JANE DOE an image depicting a young girl, approximately 9-11 years old, with her pants pulled down exposing her vagina.
    - NUMBER5 to JANE DOE (12:43:46 PM) – U like those pics don't u lol
    - NUMBER5 to JANE DOE (12:45:33 PM) – She is only 10 lol if u don't send me pics I will send u alot more

    NUMBER5 then sent JANE DOE an image depicting a young girl, approximately 9-11 years old, nude with her breasts and vagina exposed.

16. In the continued review of JANE DOE's cell phone extraction, your affiant identified five Snapchat users of interest: desgriffith16 (SNAP1), kimberlyislez12 (SNAP2), youngsarge420 (SNAP3), kingbailey420 (SNAP4), and rmatthewsdashit (SNAP5). These accounts contacted JANE DOE much in the same way that the above noted telephone numbers did as well. Your affiant identified the following conversation between JANE DOE and SNAP2 beginning on May 28, 2022:

    - SNAP2 – Can I ask you something.?
    - SNAP2 – Hey
    - SNAP2 – Hey
    - SNAP2 – Heyyyyy
    - SNAP2 – Yes

    SNAP2 then sent JANE DOE some media, however it was not captured in the extraction.

    - SNAP2 – You like that

    SNAP2 then sent JANE DOE some media, however it was not captured in the extraction.

    - **JANE DOE – Fuck off creep**
    - SNAP2 – How about that
    - **JANE DOE – U are sick**
    - SNAP2 – Do u want to eat her cum
    - SNAP2 – I'm telling her u want her cum
    - SNAP2 – I think she wants u lol
    - SNAP2 – I sent her nudes of u and she saved them to her camera roll lol
    - SNAP2 – Did she tell u I sent her pics of u

    SNAP2 then sent JANE DOE some media, however it was not captured in the extraction.

    - SNAP2 – U like these pictures

    SNAP2 then sent JANE DOE some media, however it was not captured in the extraction.

    - SNAP2 – Look at her pussy
    - SNAP2 – She seen ur pussy lol
    - SNAP2 – She liked it lol
    - **JANE DOE – You are so gross getting off on incest**
    - SNAP2 – U r the one incest
    - SNAP2 – U like ur daughters pussy
    - SNAP2 – And ur daughter likes urs
    - SNAP2 – Ask her
    - SNAP2 – I can send ss

- **JANE DOE – Get fucked**
- SNAP2 – Ur daughter likes ur pussy

SNAP2 then sent JANE DOE some media, however it was not captured in the extraction.

- SNAP2 – Look at her eat her cum
- SNAP2 – U like it don't u
- SNAP2 – Either send me pics or this will never stop I promise

17. Your affiant identified the following conversation between JANE DOE and SNAP5 beginning on May 31, 2022:

- SNAP5 – Heya
- **JANE DOE – Hi**
- SNAP5 – How are you
- **JANE DOE – I'm good thanks**
- SNAP5 – That's good and your welcome
- SNAP5 – I bet you have a lot of pervs messaging you on the daily lol
- **JANE DOE – Yea it's old**
- SNAP5 – Yeah but it's your fault for being so darn cute and thick lol but no man should ever disrespect a woman
- SNAP5 – What are you up to though
- **JANE DOE – Smoking a joint**
- SNAP5 – Oh nice lol me too
- SNAP5 - I don't want to sound weird but do you sell pictures
- SNAP5 – I don't want to sound disrespectful either but I'd pay haha
- SNAP5 – Hey
- SNAP5 – Can I ask you a question
- SNAP5 – How old are you
- **JANE DOE – 38**
- SNAP5 – Oh nice I'm 52
- SNAP5 – Can I ask you another question
- **JANE DOE – Sure**
- SNAP5 – Is your mom Lola and is your daughter [MV1]
- **JANE DOE – My grandma is Lola and my daughter [MV1]**
- **JANE DOE – Who are you**

SNAP5 then sent JANE DOE some media, however it was not captured in the extraction.

- SNAP5 – Oh well I'm going to send them pictures to them if you block me and if you don't send me more
- SNAP5 – I promise
- **JANE DOE – Who are u?**
- **JANE DOE – How did u get those?**
- SNAP5 – Send me pictures or I'm sending them to them

18. On June 10, 2022, an administrative subpoena was served to TextNow for NUMBER2, NUMBER4, and NUMBER5. On June 10, 2022, TextNow responded and provided the following information:

    - NUMBER2:
        - Email: larrygotabigdick@gmail.com
        - IP Address: 174.103.250.233 (June 6, 2022)
    - NUMBER4:
        - Email: daveywavey400@gmail.com
        - IP Address: 174.103.250.233 (June 6, 2022)
    - NUMBER5:
        - Email: bigblackcock4u76@gmail.com
        - IP Address: 174.103.250.233 (June 6, 2022)

19. In addition, your affiant learned that the IP address on NUMBER2, NUMBER4, and NUMBER5 was resolved to Charter Communications. An administrative subpoena was then sent to Charter who then responded with the following information:

    - Subscriber Name: Keyanu Bailey
    - Service Address: 1575 ½ Blacklick Eastern Road NE, Millersport, Ohio 43046

20. In further investigation into the individuals who were contacting JANE DOE, an administrative subpoena was sent to Snapchat for SNAP1, SNAP2, SNAP3, SNAP4, and SNAP5. Upon receipt of that subpoena, Snapchat provided the following information:

    - SNAP1
        - Email: larry2022turnt@gmail.com
        - IP Address: 107.77.192.117 (June 2, 2022)
    - SNAP2
        - Email: larry2022turnt@gmail.com
        - IP Address: 174.103.250.233 (June 6, 2022)
    - SNAP3
        - Email: dbombstoner420@gmail.com
        - IP Address: 174.103.250.233 (June 6, 2022)
    - SNAP4
        - Email: kingsarge1994@gmail.com
        - IP Address: 107.77.192.117 (June 2, 2022)
        - IP Address: 174.103.250.233 (June 6, 2022)
        - Display Name: Devin Bailey
    - SNAP5
        - Email: larry2022turnt@gmail.com

21. Your affiant would note that the IP address 174.103.250.233, which was used to register NUMBER2, NUMBER4, and NUMBER5, was the same IP Address belonging to the address at Blacklick Eastern Road NE noted above . In addition, it important to note that IP address

107.77.192.117 associated to the SNAP4 display name "Devin Bailey" was the same IP address that was used to register SNAP1.

22. Further administrative subpoenas were also served to TextNow for NUMBER1. On June 22, 2022, TextNow responded and provided the email address on the account as dbombstoner420@gmail.com and the date of birth registered to the account as May 19, 1994 which your affiant would note is the same birthday as Devin BAILEY.

23. Your affiant further learned via an administrative subpoena to TextNow for NUMBER3 that the email account linked to the number was larry2022turnt@gmail.com which was the same email used to register the SNAP2 and SNAP5 accounts.

24. In addition, an administrative subpoena was served to Google for the email address dbombstonder420@gmail.com which was linked to the NUMBER1 TextNow account. On June 23, 2022, Google responded and provided the following information:

- Name: King Sarge
- IP Address: 174.103.250.233 (June 22, 2022)
- Billing Name: Devin BAILEY

25. Further research on various law enforcement databases, including Ohio BMV and Accurint, for 1575 ½ Blacklick – Eastern Road NE, Millersport, Ohio revealed that the following individual resided at the residence:

- Devin Michael Bailey
- DOB: May 19, 1994

26. On June 27, 2022, federal search warrants were issued out of the Southern District of Ohio for the residence of 1575 ½ Blacklick Eastern Road NE, Millersport, Ohio and for the person of Devin BAILEY.

27. On June 29, 2022, your affiant executed the search of 1575 ½ Blacklick Eastern Road NE, Millersport, Ohio and on the person of Devin BAILEY. Your affiant interviewed Devin BAILEY, who admitted to being the owner of the accounts SNAP1, SNAP3, SNAP4, and SNAP5, and of the email addresses larry2022turnt@gmail.com, daveywavey400@gmail.com, larrygotabigdick@gmail.com, bigblackcock4u76@gmail.com, dbombstoner420@gmail.com, and kingsarge1994@gmail.com.

28. Devin BAILEY went on to admit he was the one sending the messages described above to JANE DOE. BAILEY also admitted to messaging MV1 and asking for explicit pictures, and that he sent the pictures of MV1 to JANE DOE.

29. Also during the search, your affiant recovered multiple cell phones belonging to Devin BAILEY. Forensic examination of the devices revealed the text conversation between NUMBER1 and JANE DOE on June 5, 2022. The following is a summary of the conversation:

- NUMBER1 to JANE DOE (8:19:54 AM) – Do u want to see ur daughter fingering her ass

- NUMBER1 to JANE DOE (8:49:10 AM) – [JANE DOE]
- NUMBER1 to JANE DOE (10:27:48 AM) – Hey
- NUMBER1 to JANE DOE (12:47:44 PM) – Hey can u do me one favor before I go
- NUMBER1 to JANE DOE (12:58:41 PM) – [JANE DOE]

30. Continued examination of the devices revealed a total of approximately 122 images and 10 videos of MV1 that depicted MV1 in various stages of undress, nude, and masturbating. These were the same images sent to JANE DOE that she had previously identified as MV1 when MV1 DOE was approximately 12 years old.

31. Further review of the devices revealed a total of approximately 200 images and 20 videos of what reasonably appeared to be child sexual abuse material. Those images and videos include media which depicted prepubescent females engaged in nudity, oral sex, anal penetration, masturbation, bondage, or other sexual activity with other adults.

32. Based upon the foregoing, your affiant submits that there is probable cause to believe that Devin BAILEY has committed the violations of 18 U.S.C. §§ 2251, 2252 and 2252A - the sexual exploitation of a minor and the distribution, receipt, and possession of child pornography. Therefore, your affiant respectfully requests this court issue a criminal complaint and arrest warrant.

Respectfully submitted,

Josh Saltar
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on     February 22, 2023

_____
Honorable Chelsey M. Vascura
United States Magistrate Judge
United States District Court
Southern District of Ohio